UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>WEST COAST GROUP, LLC, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00152-DAD-BAM<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>**TEN-DAY DEADLINE** |

      On January 27, 2018, Plaintiff Theresa Brooke initiated this action for violation of the Americans with Disabilities Act and related state law claims. (Doc. No. 1.) On April 23, 2018, Plaintiff filed a notice of settlement indicating that the parties agreed to settle this action. (Doc. No. 12.) Based on the settlement notice, on April 23, 2018, the Court issued an order requiring the parties to file dispositional documents no later than May 14, 2018. (Doc. No. 9.) To date, thee parties have not filed dispositional documents or otherwise responded to the April 23, 2018 order.

      Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

1

Accordingly, the Court HEREBY ORDERS the parties to SHOW CAUSE in writing within **ten (10) days** of the date of entry of this order why dispositive documents have not yet been filed. In the alternative, the parties shall file the appropriate dispositional documents within the ten-day period. The parties are forewarned that the failure to show cause or otherwise file dispositive documents may result in the imposition of sanctions, including the recommendation that this action be dismissed for failure to comply with court orders.

IT IS SO ORDERED.

Dated: **June 5, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE