UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>WEST COAST GROUP, LLC, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00152-DAD-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>**DEADLINE: June 20, 2018** |

        On January 27, 2018, Plaintiff Theresa Brooke initiated this action for violation of the Americans with Disabilities Act and related state law claims. (Doc. No. 1.) On April 23, 2018, Plaintiff filed a notice of settlement indicating that the parties agreed to settle this action. (Doc. No. 12.) Based on the settlement notice, on April 23, 2018, the Court issued an order requiring the parties to file dispositional documents no later than May 14, 2018. (Doc. No. 9.) The parties did not comply with the Court's order. Accordingly, on June 5, 2018, the Court issued an order directing the parties to show cause why dispositive documents had not yet been filed. The parties were forewarned that the failure to show cause or otherwise file dispositive documents may result in the imposition of sanctions, including the recommendation that this action be dismissed for failure to comply with court orders. (Doc. No. 10.)

///

1

| | |
|---|---|
| 1 | On June 6, 2018, Plaintiff's counsel filed a response to the order to show cause. In the |
| 2 | response, counsel reports that the Settlement Agreement executed by the parties calls for a date |
| 3 | certain of June 20, 2018. Counsel therefore represents that dispositional documents will be filed |
| 4 | on before June 20, 2018. (Doc. No. 11.) |

On June 6, 2018, Plaintiff's counsel filed a response to the order to show cause. In the response, counsel reports that the Settlement Agreement executed by the parties calls for a date certain of June 20, 2018. Counsel therefore represents that dispositional documents will be filed on before June 20, 2018. (Doc. No. 11.)

Based on counsel's response, IT IS HEREBY ORDERED as follows:

1. The order to show cause issued on June 5, 2018, is DISCHARGED;
2. The parties are ordered to file appropriate papers to dismiss or conclude this action in its entirety on or before **June 20, 2018**; and
3. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to a violation of this order.

IT IS SO ORDERED.

Dated: **June 7, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2